UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 13-cr-40114-JPG |
| TRAVIS J. SANDERS, | |
| Defendant. | |

### MEMORANDUM AND ORDER

This matter comes before the Court on defendant Travis J. Sanders's motion for free copies of certain documents in his court file (Doc. 236). He claims he needs those documents to prepare a motion under 28 U.S.C. § 2255 and/or a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).

Defendants have no constitutional right to a complimentary copy of any document in their court files. *See United States v. Groce*, 838 F. Supp. 411, 413, 414 (E.D. Wis. 1993). Before providing copies free of charge, a district court may require the requester to show: (1) that he has exhausted *all* other means of access to his files (*i.e.*, through his trial and appellate counsel), (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing), and (3) that the documents requested are necessary for some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 413-14. These minimal requirements do not impose any substantial burden to financially unable prisoners who desire their records be sent to them at government expense.

Sanders has not shown that he has exhausted other means of accessing the documents he seeks or that he is unable to pay the fee to obtain copies from the Clerk's Office.  Further, there is no ongoing § 2255 proceeding involving Sanders, and he has not explained how the requested documents are necessary for a motion for compassionate release.

For these reasons, the Court **DENIES** the defendant's motion for copies **without prejudice** to another properly supported motion (Doc. 236).

**IT IS SO ORDERED.**
**DATED:  January 12, 2026**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**